# IN THE UNITED STATES DISTRICT COURT FOR THE
## SOUTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | |
|---|---|
| JASON WESLEY CHAPMAN, | ) |
| Plaintiff, | ) |
| v. | ) CIVIL ACTION NO. 09-00641-CB-M |
| COI DUNFORD, et al. | ) |
| Defendants. | ) |

## ORDER

The claims giving rise to this Court's original subject matter jurisdiction—civil rights claims under 42 U.S.C. §§ 1983, 1985 and 1986—have been dismissed. Only state law claims against defendant Gerald Henderson remain. Pursuant to 28 U.S.C. § 1367(c)(3), the Court declines to exercise jurisdiction over those state law claims. Accordingly, it is **ORDERED**, **ADJUDGED** and **DECREED** that Plaintiff's claims against Defendant Gerald Henderson be and hereby are **DISMISSED** without prejudice.

**DONE** this the 21st day of July, 2011.

s/*Charles R. Butler, Jr.*
**Senior United States District Judge**